IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02205-WJM-MEH

GEORGE TRUJILLO, and
MITZI TRUJILLO,

      Plaintiffs,

v.

QUICKEN LOANS, INC., a Michigan corporation,
BANK OF AMERICA, N.A., a national association, and
BAC HOME LOANS SERVICING, LP, a Texas limited partnership,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 30, 2011.**

      The Motion of Fred Van Remortel and Jeff B. Smith of The Hopp Law Firm, LLC to Withdraw as Attorney of Record for Defendant BAC Home Loans Servicing, LP [filed August 26, 2011; docket #29] is **granted**. Mr. Van Remortel and Mr. Smith's representation of BAC Home Loans Servicing, LP is hereby terminated. Defendant BAC Home Loans Servicing, LP will continue to be represented by Andrew Hall and Justin Balser of Akerman Senterfitt LLP.