**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  11-cv-02205-WJM-MEH

GEORGE TRUJILLO, and
MITZI TRUJILLO,

    Plaintiffs,

v.

BANK OF AMERICA, N.A., and
BAC HOME LOANS SERVICING, LP,

    Defendants.

_____

**ORDER ADMINISTRATIVELY CLOSING CASE**
_____

This matter is before the Court on the Parties' Joint Stipulation to Administratively Close Case (ECF No. 54), filed August 23, 2012.  The Court having reviewed the Motion hereby ORDERS as follows:

The above captioned matters is ADMINISTRATIVELY CLOSED pursuant to D.C.COLO.LCivR 41.2.  It is FURTHER ORDERED that the Parties are GRANTED leave to move to reopen this case upon a showing of good cause.

Dated this 24th day of August, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge