**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  11-cv-02205-WJM-MEH

GEORGE TRUJILLO, and
MITZI TRUJILLO,

    Plaintiffs,

v.

BANK OF AMERICA, N.A., and
BAC HOME LOANS SERVICING, LP,

    Defendants.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS**
_____

This matter is before the Court on the Parties' Stipulated Motion to Dismiss (ECF No. 56), filed July 24, 2014.  The Court having reviewed the Motion hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss (ECF No. 56) is GRANTED.  The claims against BAC Home Loans Servicing, LP are hereby DISMISSED WITH PREJUDICE.  Each party shall pay their or its own attorney's fees and costs.

Dated this 28th day of July, 2014.

                                                 BY THE COURT:

                                               William J. Martínez
                                               United States District Judge